FILED
VANESSA L. ARMSTRONG, CLERK

SEP 16 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**KEITH B. HUNTER**

INDICTMENT

NO. 3:20-CR-86-RGJ

26 U.S.C. § 7201

The Grand Jury charges:

## COUNT 1
*(Evasion of Payment of Tax)*

Beginning on or about January 7, 2011, and continuing through at least on or about February 13, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, defendant **KEITH B. HUNTER**, did willfully attempt to evade and defeat the payment of a large part of the federal income tax, penalties, and interest due and owing by him to the United States of America for the calendar years 2000, 2001, 2002, 2006, 2008, and 2011, totaling approximately $1,124,620, by concealing his assets; by storing personal income in a client escrow account; by storing personal income in a nominee bank account; by purchasing his home through a nominee, ostensibly as part of a charitable donation; by recycling cashier's checks, i.e., engaging in a cycle of purchasing cashier's checks, using a small portion of the initial cashier's check, then purchasing another cashier's check of lesser value; and by intentionally providing false and

misleading information regarding his assets and income during the course of a Internal Revenue Service civil proceeding regarding his tax liability.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL.

Redacted

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:AEG

UNITED STATES OF AMERICA v. **KEITH B. HUNTER**

## PENALTIES

Count 1:  NM 5 yrs./$100,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

# KEITH B. HUNTER

**INDICTMENT**

**COUNT 1**
*Evasion of Payment of Tax*
26 U.S.C. §7201

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 16 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*A true bill.*

Redacted

*Foreperson*

*Filed in open court this 16th day of September, 2020.*

*Clerk*

*Bail, $*