UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br><br>Vs.<br><br>KEITH B. HUNTER,<br>　　　　　　　　　　Defendant. | No. 3:20-CR-86-BJB |

**MOTION TO CONTINUE STATUS CONFERENCE**

Comes the Defendant Keith Hunter, by counsel, and respectfully requests a thirty (30) day continuance of the status conference currently scheduled for June 22, 2021 at 10:30 AM. The United States does not oppose this motion. In support of this motion the Defendant states as follows:

This criminal case is complex. The United States alleges that for several years the Defendant engaged in tax evasion and did so by a means of six (6) distinct actions using a non-profit organization. The United States has produced over 29,000 documents thus far. Defendant's counsel will require assistance from an accountant (preferably a Certified Public Accountant) familiar with both Internal Revenue Service (IRS) tax provisions and non-profit provisions. As a result of the IRS extending the 2021 filing deadline to May 17, 2021, Defendant's counsel has had insufficient time to properly retain and review with an accountant the scope of the allegations and breadth of materials in this case, and is therefore not prepared, and will not likely be prepared, to set a specific timeline to complete discovery or set a trial date at the status conference as currently scheduled. Wherefore, Defendant's counsel requests a thirty (30) day extension of the currently scheduled status conference.

Respectfully submitted,

*/s/Stephen B. Pence*
Stephen B. Pence
PENCE & WHETZEL, PLLC
9300 Shelbyville Road, Suite 1205
Louisville, KY 40223
(502) 736-6200
steve@pencelegal.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that, on June 1, 2021, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Acting United States Attorney Michael Bennett
AUSA Amanda Gregory

                                                  */s/ Stephen B. Pence*
                                                  Stephen B. Pence