**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:20CR-86-BJB**

**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**v.**

**KEITH B. HUNTER,**                                                                                    **DEFENDANT.**

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

October 13, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record