UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>Vs.<br>KEITH B. HUNTER,<br>                              Defendant. | No. 3:20-CR-86-BJB |

## **DEFENDANT'S TRIAL MEMORANDUM**

Pursuant to this Court's order (DN #62 as amended by DE #35) Defendant Keith Hunter (Hunter), through counsel, submits the following trial memorandum:

      a.      Hunter is charged with one count of violating 26 U.S.C. 7201. The government must prove beyond a reasonable doubt the following elements: First, that Hunter has a substantial income tax deficiency; Second, that Hunter made an affirmative attempt to evaid or defeat that deficiency; Third, the Hunter did so willfully.

      b.      Hunter disputes that he willfully made any affirmative attempt to evade or defeat his tax deficiency.

      c.      Other than as mentioned above, Hunter has no substantive issues to address at this time but may have such issues at the close of the government's case.

      d.      Hunter may have an expert testify as a rebuttal witness at trial regarding the procedures followed by the IRS agents during the investigation of this case. Whether this witness is called is dependent on the testimony of the IRS agent (if any) called by the government. Hunter may also assert at trial that he relied on advice of counsel in taking some of his actions.

      e.      At this time counsel for Hunter knows of no anticipated problems at trial.

      f.      Hunter's counsel and government counsel have conferred on jury instructions regarding 26 U.S.C. 7201. Counsel has no objection to using Federal Pattern Jury Instructions.

      g.      Proposed voir dire:

          1.      For jurors who file taxes: a) which jurors prepare the returns themselves and who has other prepare taxes for them; b) do they file individually or jointly; c) do they "itemize" on their taxes; and d) do those who itemize take charitable deductions.

          2.      Has any juror had their tax return challenged by the IRS? If so, what was the nature of the challenge.

          3.  Has any juror ever sought or received an extension of filing their taxes?

          4.  Has any juror had to set up a payment plan to pay their taxes?

      h.      Hunter will use documents that have already been tendered to the government during the course of the investigation or that the government has tendered to Hunter. This includes but is not limited to documents submitted by Hunter's tax preparer and tax representative.

Respectfully submitted,

*/s/Stephen B. Pence*
Stephen B. Pence
PenceLegal, PLLC
2527 Nelson Miller Pkwy. Ste. 207
Louisville, KY 40223
(502) 736-6200
steve@pencelegal.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that, on April 13, 2022, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Acting United States Attorney Michael Bennett
AUSA Amanda Gregory

*/s/ Stephen B. Pence*
Stephen B. Pence