UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                       CRIMINAL ACTION NO. 3:20-CR-86-BJB

KEITH HUNTER                                                DEFENDANT

| EXHIBIT LIST OF THE UNITED STATES OF AMERICA *(Electronically filed)* | | |
|---|---|---|
| EXH NO. | DESCRIPTION | BATES NO. |
| 1A | IRS Transcript 1996 | USA-3767-3769 |
| 1B | 1996 Tax Return | USA-7269-7285 |
| 2 | IRS Transcript 1997 | USA-3770-3772 |
| 3A | IRS Transcript 1998 | USA-3773-3775 |
| 3B | 1998 Tax Return | USA-7295-7310 |
| 4A | IRS Transcript 1999 | USA-3776-3778 |
| 4B | 1999 Hunter Return | USA-7326-7336 |
| 5A | IRS Transcript 2000 | USA-3779-3780 |
| 5B | 2000 Tax Return | USA-7343-7356 |
| 6A | IRS Transcript 2001 | USA-3783-3785 |
| 6B | 2001 Edwin Osborne copy Hunter Tax Return | USA-6501-6527 |
| 7A | IRS Transcript 2002 | USA-3786-3788 |
| 7B | 2002 Tax Return | USA-6528-6557 |
| 8 | IRS Transcript 2003 | USA-3789-3790 |
| 9 | IRS Transcript 2004 | USA-3791-3792 |
| 10A | IRS Transcript 2005 | USA-3793-3794 |
| 10B | 2005 Tax Return | USA-7368-7380 |

| 11A | IRS Transcript 2006 | USA-3795-3796 |
|---|---|---|
| 11B | 2006 Tax Return | USA-7398-7408 |
| 11C | 2006 Substitute Return (4549) | USA-7742-7743 |
| 11D | 2006 3-year return | USA-7494-7529 |
| 12A | IRS Transcript 2007 | USA-3797-3798 |
| 12B | 2007 Tax Return | USA-7424-7436 |
| 13A | IRS Transcript 2008 | USA-3799-3800 |
| 13B | 2008 Tax Return | USA-7438-7449 |
| 14A | IRS Transcript 2009 | USA-3801-3802 |
| 14B | 2009 Substitute Return | USA-7744-7745 |
| 14C | 2009 Unfiled Faxed Copy | USA-7595-7610 |
| 15A | IRS Transcript 2010 | USA-3803-3804 |
| 15B | 2010 Tax Return | USA-7456-7473 |
| 16A | IRS Transcript 2011 | USA-3805-3806 |
| 16B | 2011 Tax Return | USA-7477-7490 |
| 16C | IRS 4549 – Substitute Return for 2011 | USA-7129-7130 |
| 17A | IRS Transcript 2012 | USA-3807-3807 |
| 17B | 2012 Tax Return | USA-3807-3807 |
| 18 | IRS Transcript 2013 | USA-3808 |
| 19 | IRS Transcript 2014 | USA-3809 |
| 20 | IRS Transcript 2015 | USA-3810 |
| 21 | IRS Transcript 2016 | USA-3811 |
| 22 | IRS Transcript 2017 | USA-3812-3813 |
| 23 | IRS Transcript 2018 | USA-3814-3815 |
| 24 | IMFOLT – All Years | USA-3816-3868 |
| 25 | October 2, 2013, IRS Form 433-A | USA-6973-6978 |
| 26 | General ledger showing payment to Hunter in 2011 | USA-187-189 |
| 27 | IOLTA bank records | USA-190-191 |

| 28 | 1099 to Hunter for $1.4 million in 2011 | USA-186 |
|---|---|---|
| 29 | PNC Hunter Bank Account Records (Escrow and General) | USA-2089-2229, USA-9945-12686 |
| 30 | 10/25/11 email re from J.T | USA-6971 |
| 31A | Lien on 4th Street for tax years 1993-1995 | USA-113 |
| 31B | Release of lien 620389400 | USA-177 |
| 31C | Lien on 4th Street for tax years 1996-2002 | USA-178 |
| 31D | Partial release of lien 641079810 on 4th Street for tax years 1996-1998 | USA-4149-4150 |
| 31E | Partial release of lien 641079810 on 4th Street | USA-4151-4152 |
| 32 | 1988 Deed for 4th Street | USA-183 |
| 33 | 2002 Deed for 4th Street | USA-184 |
| 34 | Kiwi Land Trust | USA-114-116 |
| 35A | Through the Valley 2011 Online Filing | USA-117 |
| 35B | Through the Valley Article of Incorporation | USA-118-123 |
| 35C | Through the Valley Change of Registered Agent | USA-124 |
| 35D | Through the Valley Amendment to Articles of Incorporation | USA-125 |
| 36 | Agreement between CUB and Hunter October 9, 2006 | USA-226-228 |
| 37 | Agreement between CUB and Hunter – September 6, 2011 | USA-237-242 |
| 38 | Assignment to Through the Valley – October 24, 2011 | USA-262 |
| 39 | Settlement Agreement between Hunter and CUB – October 25, 2011 | USA-263-266 |
| 40 | Deed to Through the Valley | USA-292-294 |
| 41 | Settlement Statement – October 25, 2011 | USA-267-268 |
| 42A | Motion for Interpleader Complaint | USA-7000-7021 |
| 42B | Response to Motion for Interpleader Complaint | USA-7022-7025 |
| 42C | Reply to Response to Motion for Interpleader Complaint | USA-7026 |
| 43 | Osborne Hunter 1996 Tax Return | USA-6388-6407 |
| 44A | Osborne Draft of 1997 Tax Return | USA-6558-6583 |
| 44B | Osborne Hunter 1997 Tax Return | USA-6408-6421 |

| 45 | Osborne Hunter 1998 Tax Return | USA-6422-6438 |
|---|---|---|
| 46 | Osborne Hunter 1999 Tax Return | USA-6439-6453 |
| 47 | Osborne Hunter 2000 Tax Return | USA-6454-6500 |
| 48 | Osborne Hunter 2001 Tax Return | USA-6501-6527 |
| 49 | Osborne Hunter 2002 Tax Return | USA-6528-6557 |
| 50 | Osborne Hunter 2003 Tax Return | USA-7089-7103 |
| 51 | Osborne Hunter 2005 Tax Return | USA-6584-6619 |
| 52 | Osborne Hunter 2006 Tax Return | USA-6620-6645 |
| 53 | Osborne Hunter 2007 Tax Return | USA-6646-6658 |
| 54 | Osborne Hunter 2008 Tax Return | USA-6659-6671 |
| 55 | Osborne Hunter 2009 Tax Return | USA-6672-6702 |
| 56 | Osborne Hunter 2010 Tax Return | USA-6703-6724 |
| 57 | Osborne Hunter 2011 Tax Return | USA-6779-6825 |
| 58 | Osborne Hunter 2012 Tax Return | USA-6827-6839 |
| 59 | Osborne Hunter 2013 Tax Return | USA-6840-6847 |
| 60 | Osborne Hunter 2014 Tax Return | USA-6848-6875 |
| 61 | Osborne Hunter 2015 Tax Return | USA-6876-6908 |
| 62 | Osborne Hunter 2016 Tax Return | USA-6909-6945 |
| 63 | Osborne Hunter 2017 Tax Return | USA-6946-6957 |
| 64 | Osborne Hunter 2018 Tax Return | USA-6958-6968 |
| 65 | Emails between Hunter and Osborne | USA-483-491 |
| 66 | Estimated tax due for 2011 with handwritten note | USA-534-536 |
| 67 | Form 2848 (Power of Attorney) | USA-6969-6970 |
| 68 | October 2, 2013 IRS Form 433-A | USA-6973-6978 |
| 69 | Spending data by year | USA-7030-7061 |
| 70 | Camera expense spreadsheet | USA-7062-7063 |
| 71 | Expenses on 4th Street Spreadsheet | USA-7064-7065 |
| 72 | 8/13/18 notes from call with IRS | USA-8066 |

| 73 | Records from River City Account for Gallavin Hunter Account ending in 6073 | USA-9345-9420 |
|---|---|---|
| 74 | 12/11/13 Letter to IRS re Form 9297 | USA-5305 |
| 75 | ICS History | USA-8082-8179 |
| 76 | Kentucky Farm Bureau Policy September 2014 | USA-31168-31169 |
| 77 | Kentucky Farm Bureau Policy October 2017 from Search Warrant | USA-31047-31048 |
| 78 | Kentucky Farm Bureau Policy January 2019 from Search Warrant | USA-30992-30996 |
| 79 | Unopened letters from IRS | Photos at USA-31192-31194 |
| 80 | Bankruptcy Petition | USA-492-533 |

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5016 (Tel.)
(502) 582-5067 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel to the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney