UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>Vs.<br>KEITH B. HUNTER,<br>                      Defendant. | No. 3:20-CR-86-BJB |

**Unopposed Motion to Extend Reporting Date**

Comes Keith Hunter, by counsel, and moves the court to extend his reporting date by three (3) weeks, from January 24, 2023, to February 14, 2023. Keith Hunter has been ordered to pay a fine of $15,000.[1] He intends to pay that fine but must first sale his mother's house. That was accomplished until the buyer recently backed out. Hunter has another potential buyer but needs a bit more time to close the transaction. Hunter thus requests to extend by three weeks his currently scheduled reporting date of January 24, 2023. Hunter's counsel has conferred with AUSA Amanda Gregory and the United States does not object to this extension.

Wherefore, Hunter requests that his motion be granted.

Respectfully submitted,

*/s/Stephen B. Pence*
Stephen B. Pence
Pence Legal, PLLC
2527 Nelson Miller Pkwy., Ste. 207
Louisville, KY 40223
(502) 736-6200
steve@pencelegal.com
*Attorney for Defendant*

---

[1] Hunter is without means to pay the fine and has filed a motion to proceed *in forma pauperis*.

**CERTIFICATE OF SERVICE**

   I certify that, on January 4, 2022, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

United States Attorney Michael Bennett
AUSA Amanda Gregory

             */s/ Stephen B. Pence*

             Stephen B. Pence