UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 3L20-CR-86    Style of Case: USA v. Keith Hunter

Received from: Becky Boyd    Received by: [signature]    Date: 5/1/23

Proceedings: Jury trial

| DEFENDANT NUMBER | DESCRIPTION | PLAINTIFF NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | Initial Taxpayer Check Sheet | 1A | Hunter Hills 2015 K-1 |
| 2 | Fraud Dvmt Lead Sheet | 2A | Spending data by year |
| 3 | Substantial Underpayment Penalty | 2B | Camera expense spreadsheet |
|  |  | 2C | 4th St expenses |
|  |  | 3A | Osborne copy 1996 tax return |
|  |  | 3B | Osborne copy 1997 tax return |
|  |  | 3C | Osborne copy 1998 tax return |
|  |  | 3D | Osborne copy 1999 tax return |
|  |  | 3E | Osborne copy 2000 tax return |
|  |  | 3F | Osborne copy 2001 tax return |
|  |  | 3G | Osborne copy 2002 tax return |
|  |  | 3H | Osborne copy 2003 tax return |
|  |  | 3I | Osborne copy 2004 tax return |
|  |  | 3J | Osborne copy 2005 tax return |
|  |  | 3K | Osborne copy 2006 tax return |
|  |  | 3L | Osborne copy 2007 tax return |
|  |  | 3M | Osborne copy 2008 tax return |
|  |  | 3N | Osborne copy 2009 tax return |
|  |  | 3O | Osborne copy 2010 tax return |
|  |  | 3P | Osborne copy 2011 tax return |
|  |  | 3Q | Est. tax due for 2011 with note |
|  |  | 3R | Osborne copy 2012 tax return |
|  |  | 3S | Osborne copy 2013 tax return |
|  |  | 3T | Osborne copy 2014 tax return |
|  |  | 3U | Osborne copy 2015 tax return |
|  |  | 3V | Osborne copy 2016 tax return |
|  |  | 3W | Osborne copy 2017 tax return |
|  |  | 3X | Osborne copy 2018 tax return |
|  |  | 5A | 2006 IRS audit correspondence |
|  |  | 5C | 3-7-11 letter from Osborne to IRS |
|  |  | 5D | 10-2-13 Form 433-A |
|  |  | 5E | 11-29-13 letter from IRS |
|  |  | 5F | 12-11-13 letter to IRS |
|  |  | 5G | 1-24-14 433-A transmittal |
|  |  | 5H | 433-A labeled "final" |
|  |  | 5J | Special Appearance Authorization |

FILED
JAMES J. VILT, JR. - CLERK
MAY - 1 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| 6A | IRS transcript 1996 |
| 6B | IRS transcript 1997 |
| 6C | IRS transcript 1998 |
| 6D | IRS transcript 1999 |
| 6E | IRS transcript 2000 |
| 6F | IRS transcript 2001 |
| 6G | IRS transcript 2002 |
| 6K | IRS transcript 2006 |
| 6M | IRS transcript 2008 |
| 6P | IRS transcript 2011 |
| 7E | IMFOLT 2000 |
| 7F | IMFOLT 2001 |
| 7G | IMFOLT 2002 |
| 7K | IMFOLT 2006 |
| 7M | IMFOLT 2008 |
| 7P | IMFOLT 2011 |
| 8G | IRS 4549- 2006 |
| 8O | IRS 4549 – 2011 |
| 9A | 10-31-13 handwritten 433-A |
| 9B | 1-24-14 e-signed 433-A |
| 9C | Angelyn Rudd checks |
| 9D | Through the Valley check to Borders |
| 11 | Zielke ledger |
| 12 | 2011 Form 1099 |
| 13 | 10-25-11 e-mail from J.T. |
| 14 | Zielke firm response to levy |
| 15A | Motion for Interpleader Complaint |
| 15B | Response to motion for interpleader |
| 15C | Reply to response to motion |
| 16A | Lien 620389400 for 1993-1995 |
| 16B | Release of lien 620389400 |
| 16C | Lien 641079810 for 1996-2002 |
| 16D | Revocation of release of lien 1999-2002 |
| 16E | Revocation of release of lien 1999 |
| 17A | 1988 4th St deed |
| 17B | 2002 4th St deed |
| 17C | 2003 4th St deed |
| 17D | 2011 4th St deed |
| 18 | Through the Valley Foundation filings |
| 19A | 8-16-13 PNC summons response |
| 19B | 8-30-13 PNC summons response |
| 19C | 9-27-13 PNC summons response |
| 19D | 3-7-14 PNC summons response |
| 19E | 11-24-14 PNC summons response |
| 19F | 1-9-15 PNC summons response |
| 19G | 10-23-15 PNC summons response |
| 19H | 2018 subpoena response 0147 acct |
| 19I | 2018 subpoena response 8190 acct |
| 19J | 2019 subpoena response |
| 20 | Rudd offer on 4th St |
| 21 | Through the Valley mtg notes |
| 22 | PVA tax exemption 4th St |
| 23A | 12-15-11 e-mail to Hill |

| | |
|---|---|
| 23B | 12-23-11 e-mail to Hill |
| 24 | Hunter Hills of Lou, LLC agreement |
| 25 | Hunter Hills PNC buyout agreement |
| 26 | Hunter Hills payouts |
| 28 | Hunter Hills of Lou, LLC sect of state |
| 29A | PNC cashier's checks and bonds |
| 30A | KY Farm Bureau records |
| 30B | Supplement to KFB records |
| 31 | Haven Capital Sect of State filings |
| 32A | KFB police Sept 2014 |
| 32B | KFB policy OCT 2017 |
| 32C | KFB policy Jan 2019 |
| 32D | Unopened letters from IRS |
| 33 | Agreement between CUB and Hunter |
| 34 | 2-11-10 letter |
| 35 | Agreement between CUB and Hunter |
| 36 | Assignment to Through the Valley |
| 37 | Settlement agreement |
| 38 | Quality Heating and Air paperwork |
| 39A | River City Through the Valley acct |
| 39B | River City account records |
| 41A | Hunter Hills 2010 K-1 |
| 41B | Hunter Hills 2011 K-1 |
| 41C | Hunter Hills 2012 K-1 |
| 41D | Hunter Hills 2013 K-1 |
| 41E | Hunter Hills 2014 K-1 |
| 42 | Facebook travel photos |

**DISPOSITION OF EXHIBITS:**

ITEMS:_____

RECEIVED BY:_____ DATE: _____

RETURNED BY:_____ DATE:_____

ITEMS:_____

RECEIVED BY:_____ DATE: _____

RETURNED BY:_____ DATE:_____

ITEMS:_____

RECEIVED BY:_____ DATE: _____

RETURNED BY:_____DATE:_____

OTHER DISPOSITION:_____

DATE:_____RETURNED BY:_____, Deputy Clerk

Case 3:20-cr-00086-BJB-CHL   Document 141   Filed 05/01/23   Page 4 of 4 PageID #: 1969

RETURNED BY:_____DATE:_____

OTHER DISPOSITION:_____

DATE:_____RETURNED BY:_____, Deputy Clerk