UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:20-CR-86-1-BJB

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.

KEITH B. HUNTER                                                                         DEFENDANT

and

KENTUCKY PUBLIC PENSIONS AUTHORITY
and its successors and assigns                                                          GARNISHEE

**FINAL ORDER OF GARNISHMENT**

A Writ of Continuing Garnishment, directed to Garnishee, Kentucky Public Pensions Authority, has been duly issued and served upon the Garnishee. (DN 137, Certificate of Service.) Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an answer stating that at the time of service of the Writ the Garnishee had in its possession or under its control personal property belonging to and due Defendant, and at that time Garnishee was indebted to Defendant in the sum of $25,126.27. (DN 136, Answer.)

The Garnishee, as part of its Answer, included a letter stating the funds held by Garnishee were not in pay status. Therefore, "[i]n order to effectuate any garnishment of the retirement assets, the member must both terminate employment and either take a refund of her account, or if vested and eligible, apply for and begin receiving monthly benefits." (DN 136-1, Answer.)

The United States may step into the shoes of the defendant and make an election on his behalf when he is eligible for a distribution but has not elected to receive one. *United States v. National Bank of Commerce*, 472 U.S. 713, 725 (1985). The United States seeks to exercise the defendant's right to liquidate his account(s) held by the Garnishee at the earliest occurrence of a distributable event.

On February 21, 2023, the Defendant was notified of his right to a hearing but has not requested a hearing to determine exempt property. (DN 138, Certificate of Service.)

**IT IS ORDERED** that Garnishee shall liquidate the sum of **$25,126.27 plus any additional funds that have been deposited into any and all accounts of the Defendant since February 20, 2023, the date Kentucky Public Pensions Authority was originally served with the Writ of Continuing Garnishment.** This Order is not a Release. Garnishee is ordered to continue freezing and paying any and all monies received in the Defendant's account(s) until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court. **Payment(s) must be made payable and mailed to: United States District Court, Gene Snyder Courthouse, 601 W. Broadway, Room 106, Louisville, KY 40202.**

Benjamin Beaton, District Judge
United States District Court

December 8, 2023

Tendered By:

Erin M. Bravo
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No: (502) 582-5166
Fax No: (502) 625-7110

cc:    USDC Finance
       Garnishee
       Defendant